# Third District Court of Appeal
## State of Florida

Opinion filed January 11, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0649
Lower Tribunal No. 18-42239

————————

**Rajnauth Bisnauth,**
Appellant,

vs.

**Deutsche Bank National Trust Company,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Charles Johnson, Judge.

Rajnauth Bisnauth in proper person.

Hinshaw & Culbertson LLP, and James H. Wyman, for appellee.

Before LINDSEY, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.